Ferris G. SINGLEY, Plaintiff–Appellant,

v.

James HODGES, Governor of South Carolina; William D. Catoe, Director of the South Carolina Department of Corrections; Benjamin Montgomery,

Deputy Director of Operations for the South Carolina Department of Corrections; State of South Carolina; Charles M. Condon, Attorney General of the State of South Carolina, all in their individual and official capacities, Defendants–Appellees.

No. 00–7133.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 21, 2000.

Decided Jan. 8, 2001.

Ferris G. Singley, pro se. Steven Michael Pruitt, Robert W. Cone, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, SC, for appellees.

Before LUTTIG, WILLIAMS, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Ferris G. Singley appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court.* *Singley v. Hodges,* No.

---

* We note that the district court's opinion refers to multiple plaintiffs. Although there were other plaintiffs listed on the complaint, Singley was not entitled to represent others. *See Oxendine v. Williams,* 509 F.2d 1405, 1407 (4th Cir.1975). Further, only Singley signed

CA–99–3120 (D.S.C. July 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

the notice of appeal, so he is the only Appellant. *Covington v. Allsbrook,* 636 F.2d 63, 64 (4th Cir.1980). Accordingly, this action re-

solves only those claims raised by Singley personally.